Argued and submitted December 22, 1993; resubmitted In Banc May 11, affirmed by
an equally divided court October 26, 1994

STATE OF OREGON,
*Appellant,*

*v.*

RICKY DONNELL SHARP,
*Respondent.*

(92CR2602FE; CA A78271)

883 P2d 916

In Banc

Jonathan H. Fussner, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Andrew D. Johnson argued the cause for respondent. On the brief was Darryl E. Johnson, P.C.

Affirmed by an equally divided court.